IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ROBERT S. BREITENSTEIN, and
MICHAEL L. JAMES,

      Plaintiffs,

v.                                       CASE NO. 1:11-cv-242-MP-GRJ


SADIE DARNELL, et al.

      Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiffs, inmates at the Alachua County Jail, initiated this case by filing a joint *pro se* complaint under 42 U.S.C § 1983.  Doc. 1.  Plaintiffs also seek leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C § 1915(a).  Doc. 2.

The Prison Litigation Reform Act of 1995 ("PLRA") requires that a prisoner bringing a civil action *in forma pauperis* pay the full filing fee.  28 U.S.C § 1915(b).  The Eleventh Circuit has held that prisoners proceeding *in forma pauperis* are not allowed to join together as plaintiffs in a single lawsuit.  Each prisoner is required to file his own lawsuit and pay the full amount of the filing fee.  *Hubbard v. Haley*, 262 F.3rd 1194 (11th Cir. 2001).  Prisoners may not join claims and thus pro-rate a single filing fee.  As the Eleventh Circuit noted in *Hubbard*, requiring each plaintiff to pay the full filing fee is consistent with Congress' purpose of imposing costs on prisoners to deter frivolous suits.  *Id*. at 1197-98.  If, as in this case, multiple plaintiffs seek to file a joint complaint and proceed jointly *in forma pauperis*, dismissal without prejudice to refiling the claims

in separate lawsuits is appropriate.  *Id*.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed

without prejudice to Plaintiffs' right to proceed in separate lawsuits.

**IN CHAMBERS**  this 30th day of November 2011.


*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**