**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ROBERT S. BREITENSTEIN
and MICHAEL L. JAMES,

    Plaintiffs,

v.                                                  CASE NO. 1:11cv242-MP-GRJ

SADIE DARNELL, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 30, 2011. (Doc. 5).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. This case is dismissed without prejudice to plaintiffs' right to proceed in separate lawsuits.  The Clerk is directed to close the file.

    **DONE and ORDERED** this 9th day of January, 2012.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**